UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. TROTTER, | Case No. CV 08-6319 VBF(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| KEN CLARK, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition for Writ of Habeas Corpus is granted and this action is dismissed with prejudice.

DATED: July 9, 2009

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE